```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                            :

LAWRENCE HOLLIN, *derivatively on behalf of nominal defendant Vestis Corporation*, :

                                 Plaintiff,         1:25-cv-6414-GHW

                   -against-         <u>ORDER</u>

KIMBERLY SCOTT, *et al.*,

                             Defendants.
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On August 22, 2025, Plaintiff filed a proposed stipulation and order to consolidate related derivative actions, appoint co-lead counsel for plaintiffs, and stay related derivative actions. Dkt. No. 5. The Court accepts Plaintiff's choice of co-lead counsel in this case as it has not independently appointed co-lead counsel to act in that role. The Court will enter that order separately.

Accordingly, the initial pretrial conference set for September 9, 2025 at 3:00 p.m. is adjourned *sine die*. The Clerk of Court is directed to note the entry of the stay on the docket.

SO ORDERED.

Dated: August 26, 2025

                                                                       GREGORY H. WOODS
                                                              United States District Judge